STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-12-0834 EMC |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| v. | ) ) | |
| JUAN DOMINGUEZ JR., | ) ) | |
| Defendant. | ) ) | |

The parties jointly request that, subject to the Court's approval, the status conference presently set for March 27, 2013 be continued to April 17, 2013 at 2:30 pm.

At the last appearance, the Court set the above-captioned matter over until March 27 for possible change of plea. Since then defendant Juan Dominguez Jr. has learned that he has the opportunity to take the G.E.D. exam on March 27 and that a court appearance on that date would preclude his taking of the exam. Additionally, counsel for the government and defense counsel are in negotiations over a potential resolution of the matter and would benefit from additional time to complete those negotiations, as well as to further investigate the case. Accordingly, the parties jointly request that the appearance be continued from March 27, 2013 to April 17, 2013.

For the above reasons, the parties stipulate there is good cause – taking into account the

1  public interest in the prompt disposition of this case – to exclude the time from March 27, 2013
2  to April 17, 2013 from computation under the Speedy Trial Act, and that failing to exclude that
3  time would unreasonably deny the defendant and his counsel the reasonable time necessary for
4  effective preparation and continuity of counsel, taking into account the exercise of due diligence.
5  18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be
6  served by excluding the time from March 27, 2013 to April 17, 2013 from computation under the
7  Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public
8  and the defendant in a speedy trial.
9      IT IS SO STIPULATED.

11   March 18, 2013                             /s/
     DATED                                RANDY S. LUSKEY
12                                        Assistant United States Attorney

14   March 18, 2013                             /s/
     DATED                                JODI LINKER
                                          Assistant Federal Public Defender

17      IT IS SO ORDERED.

19      March 18, 2013
        DATED                             EDWARD M. CHEN
20                                        United States District Judge



Stipulation & [Proposed] Order to Continue;
*US v. Dominguez*, Case No. 12-0834 EMC            2