1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant DOMINGUEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   No. CR-12-0834 EMC
                                )
12             Plaintiff,        )   STIPULATION AND [PRO~~POSED~~]
                                )   ORDER TO CONTINUE
13    v.                        )
                                )
14 JUAN DOMINGUEZ JR.,          )
                                )
15             Defendant.        )
   _____)
16

17       The parties jointly request that, subject to the Court's approval, the status conference

18 presently set for May 8, 2013 be continued to May 22, 2013 at 2:30 pm.

19       Defense counsel and government counsel are currently in negotiations over a resolution

20 of this matter. Government counsel is out on paternity leave and defense counsel is required to

21 take furlough days making resolution of this case more timely than normal to complete these

22 negotiations. Accordingly, the parties jointly request that the appearance be continued from May

23 8, 2013 to May 22, 2013.

24       For the above reasons, the parties stipulate there is good cause – taking into account the

25 public interest in the prompt disposition of this case – to exclude the time from May 8, 2013 to

26 May 22, 2013 from computation under the Speedy Trial Act, and that failing to exclude that time

would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from May 8, 2013 to May 22, 2013 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

\_\_5/1/13_____ _____/s/_____
DATED                                                RANDY S. LUSKEY
                                                     Assistant United States Attorney

\_\_5/1/13_____ _____/s/_____
DATED                                                JODI LINKER
                                                     Assistant Federal Public Defender

IT IS SO ORDERED.

5/6/13
_____
DATED                                                EDWARD
                                                     United Sta

IT IS SO ORDERED
Judge Edward M. Chen

Stipulation & [Proposed] Order to Continue;
*US v. Dominguez*, Case No. 12-0834 EMC             2